```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/30/22__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SHARON JOYNER,**

               **Plaintiff,**

    **-against-**                            **22-CV-05495 (ALC)**

                                                   **ORDER OF DISCONTINUANCE**

**SIMON PEARCE (U.S.), INC.,**

               **Defendant.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    August 30, 2022
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**